UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case Nos. 1:08-cr-95 |
| | ) | 1:09-cr-132 |
| LUIS HIRAM RIVAS | ) | COLLIER/CARTER |

## **O R D E R**

On August 12, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant Luis Hiram Rivas's ("Defendant") plea of guilty Counts Four, Ten, and Seventeen of the Indictment in Case No. 1:08-cr-95 and Counts One and Two of the Indictment of the transferred case from the District of South Carolina (Case No. 1:09-cr-132), (b) the Court adjudicate Defendant guilty of the charges set forth in Counts Four, Ten, and Seventeen of the Indictment in Case No. 1:08-cr-95 and Counts One and Two of the Indictment of the transferred case from the District of South Carolina (Case No. 1:09-cr-132); and (c) Defendant shall remain in custody pending sentencing in this matter (Doc. 17). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 17) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Counts Four, Ten, and Seventeen of the Indictment in Case No. 1:08-cr-95 and Counts One and Two of the Indictment of the transferred case from the District of South Carolina (Case No. 1:09-cr-132) is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts Four, Ten, and Seventeen of the Indictment in Case No. 1:08-cr-95 and Counts One and Two of the Indictment

of the transferred case from the District of South Carolina (Case No. 1:09-cr-132); and

(3) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Thursday, November 19, 2009, at 9:00 am**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**